No. 79–6588. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–1290. COMMUNITY LOAN CORPORATION OF RICHMOND COUNTY ET AL. v. CODY ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–1438. OTEY v. NEBRASKA. Sup. Ct. Neb.;
No. 79–5921. BLAKE v. GEORGIA. Sup. Ct. Ga.;
No. 79–6194. O'BRYAN v. TEXAS. Ct. Crim. App. Tex.;
No. 79–6250. GRAY v. MISSISSIPPI. Sup. Ct. Miss.; and
No. 79–6422. BURGER v. GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 79–1438, 205 Neb. 90, 287 N. W. 2d 36; No. 79–5921, 244 Ga. 466, 260 S. E. 2d 876; No. 79–6194, 591 S. W. 2d 464; No. 79–6250, 375 So. 2d 994; No. 79–6422, 245 Ga. 458, 265 S. E. 2d 796.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1581. COCA-COLA BOTTLING COMPANY OF ARKANSAS v. CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION No. 878. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.